| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Raymond Ballister Jr., Esq., SBN 111282 |
| 2 | Russell Handy, Esq., SBN 195058 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
| | Zachary Best, Esq., SBN 166035 |
| 4 | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
| | (858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff |



Joseph M. Wahl, Esq., SBN 281920
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3880; Fax: (310) 284-3894
Email: joseph.wahl@btlaw.com
Attorney for Defendant
Escape Campervans, Inc.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/17/2022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, | Case No.: 4:21-cv-04391-YGR |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| ESCAPE CAMPERVANS, INC., a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: March 14, 2022 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/Amanda Seabock |
| 4 | |     Amanda Seabock<br>    Attorneys for Plaintiff |

Dated: March 14, 2022          BARNES & THORNBURG LLP

By: /s/Joseph M. Wahl
    Joseph M. Wahl
    Attorneys for Defendant
    Escape Campervans, Inc.

### **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Joseph M. Wahl, counsel for Escape Campervans, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 14, 2022          CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff